UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, (Rural Development)<br>    Plaintiff<br><br>v.<br><br>ROBERTO ARROYO CACERES, ROSALINA DURAN VALENTIN, and the conjugal partnership constituted by both<br>    Defendants | CIVIL NO. 04-2243(JAF)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER FOR DISBURSEMENT OF FUNDS

WHEREAS the amount owed to plaintiff related to the sale of the real property at Urb. El Real, No. 12 B, San Germán, Puerto Rico, is the principal sum of $46,861.78 plus interest accrued as to November 1, 2005, in the amount of $16,608,21, plus subsidy recapture in the sum of $14,687.05 plus legal fees in the amount of $1,297.36, for a total of $79,454.40.

WHEREAS the auctioned property was sold for $68,000.00, and deducting the United States Marshal Service fees was the amount of $1,381.81, the remaining balance of $66,618.19 shall be disbursed to the United States Department of Justice.

THEREFORE, the Clerk of the U.S. District Court shall issue a check for $66,618.19 to the order of the U.S. Department of Justice.

In San Juan, Puerto Rico, this   30th   day of   March  , 2006.

S/JOSE ANTONIO FUSTE

UNITED STATES DISTRICT JUDGE